**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**JOHN BERENE and**                   CASE NO.:   14-61153-CIV-SCOLA
**CAMRON LONGSON**

      **Plaintiffs,**

vs.

**NATIONSTAR MORTGAGE LLC,
NEWPORT MANAGEMENT CORPORATION,
AND SOUTHWEST BUSINESS CORPORATION.**

      **All foreign corporations**
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs John Berene and Camron Longson, and Defendants Newport Management Corporation and Southwest Business Corporation hereby jointly stipulate and agree to the dismissal of this action as between them with prejudice, with each party to bear its own attorneys' fees and costs.  The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Respectfully submitted,

s/ Jeffrey N. Golant
Jeffrey N. Golant, Esq.
The Law Offices of Jeffrey N. Golant, P.A.
1999 N. University Drive, Suite 213
Coral Springs, Florida 33071
Telephone: (954) 942-5270
Fax: (954) 942-5272
Email: Jgolant@jeffreygolantlaw.com

*Attorneys for Plaintiffs*

s/Brian W. Toth
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-374-8500
Email: brian.toth@hklaw.com

*Attorneys for Newport Management Corporation*

s/ Brian M. McKell
Brian M. McKell
Wilson Elser Moskowitz Edelman & Dicker
Bank of America Tower
100 SE 2nd Street
Suite 3800
Miami, FL 33131
305-374-4400
Fax: 579-0261
Email: Brian.McKell@wilsonelser.com

*Attorney for Southwest Business Corporation*

s/ Katherine L. Halliday
Katherine L. Halliday
BuckleySandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Telephone: (202) 461-2996
Facsimile: (202) 349-8080
Email: khalliday@buckleysandler.com

*Attorneys for Newport Management Corporation Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/  Jeffrey Golant*