United States District Court
for the
Southern District of Florida

| | |
|---|---|
| John Berene and Camron Longson, Borrowers <br><br> v. <br><br> Nationstar Mortgage LLC, *and others*, Defendants | ) ) ) ) ) ) ) ) ) Civil Action No. 14-61153-Civ-Scola |

### Order Of Dismissal

     Plaintiffs John Berene and Camron Longson and Defendats Newport Management Corporation and Southwest Business Corporation have jointly dismissed this case as between them with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. of Dismissal with Prejudice, ECF No. 228). The Court reserves jurisdiction to enforce the parties' settlement agreement. All pending motions, if any, are **denied** as moot.

     **Done and ordered** in chambers, at Miami, Florida, on July 15, 2016.

                                             Robert N. Scola, Jr.
                                             United States District Judge