United States District Court
for the
Southern District of Florida

| | |
|---|---|
| John Berene and Camron Longson, Borrowers<br><br>v.<br><br>Nationstar Mortgage LLC, and others, Defendants | Civil Action No. 14-61153-Civ-Scola |

### Order Granting Motion to Set Case for Non-Jury Trial

     Plaintiffs John Berene and Camron Longson, while maintaining they have the right to a jury trial, have asked that this case be set for a non-jury trial. Defendant Nationstar Mortgage LLC does not oppose the request and both parties agree that the issues in this case are more appropriate for a non-jury trial. The Court therefore **grants** the Plaintiffs' unopposed motion (**ECF No. 294**).

     This case thus **remains** set for trial, albeit a non-jury trial, during the two-week trial period beginning on **February 20, 2018.** Calendar call will be held at 9:00 a.m. on the **preceding Tuesday, February 13, 2018** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 N. Miami Avenue, Courtroom 12-3, Miami, Florida. A pretrial conference will be held immediately following calendar call only if requested by the parties in advance. All other related deadlines also remain in effect.

     **Done and ordered** at Miami, Florida on January 25, 2018.

_____
Robert N. Scola, Jr.
United States District Judge